IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLARENCE BACCUS, JR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-11-CV-0654-M |
| | § | |
| HEALTH MARKETS, INC., | § | |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

### ORDER

On June 9, 2011, the United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed Objections, which the Court believes are untimely, but will nevertheless consider. This Court has made a *de novo* review of the Objections, and concludes that they are without merit and should be overruled.

The Court therefore ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Court also denies Plaintiff's two requests for judicial notice, except for his Second Request, Items 1-3 (Exhibits 1-3 to Docket # 12, which Plaintiff mislabeled as Docket # 13) which are GRANTED. By his other requests, the Plaintiff seeks to require the Court to take judicial notice of irrelevant documents that constitute hearsay or were not actually tendered to the Court (e.g., Requests 28 and 29, which reference Exhibits 28 and 29 purportedly, but not actually, attached to Docket# 12, which Plaintiff mislabeled as Docket # 13.)

The Court also denies the Plaintiff's request to enjoin defense counsel from proceeding.

SO ORDERED this 10th day of August, 2011.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS